**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:26-cr-16(2) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| ELISHA J. LOBBLEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

### ORDER TO HOLD DETENTION ORDER IN ABEYANCE

---

The Detention Order previously entered by the Court is hereby held in abeyance pending

Defendant's release from the Community Control Center (CCC).

**IT IS SO ORDERED.**


March 24, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge