**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:26-cr-16(2) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| ELISHA J. LOBBLEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

### ORDER RELEASING DEFENDANT

---

At the hearing of this matter conducted on March 24, 2026, the Court ordered that Defendant be released from the custody of the United States to the custody of the State for community control sanctions and transferred to the Community Control Center (CCC). Accordingly, and for the reasons set forth on the record at that hearing, the Court hereby **ORDERS** that the United States Marshal immediately release Defendant to State custody.

   **IT IS SO ORDERED.**


March 24, 2026                    *s/Peter B. Silvain, Jr.*
                                  Peter B. Silvain, Jr.
                                  United States Magistrate Judge